IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

Tuwun Derrell Fleming
_____
(Enter above the full name of the plaintiff
or plaintiffs in this action.)

vs.

Tipton County Sheriff office
Department. 1801 South College St
Covington, TN
(Enter above the full name of the defendant
or defendants in this action.)

RECEIVED 2013 OCT 24 PM 1:06

COMPLAINT FOR VIOLATION OF CIVIL RIGHTS UNDER 42 U.S.C., §1983

I. Previous Lawsuits

   A. Have you begun other lawsuits in state or federal court dealing with the same facts involved in this action or otherwise relating to your imprisonment? Yes ( ) No (X)

   B. If your answer to A is yes, describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline.)

      1. Parties to this previous lawsuit
         Plaintiffs: Tuwun Derrell Fleming

         Defendants: Walt Freem, Randal Robbins, Chris Ellwood Mike Forbess

      2. Court (if federal court, name the district; if state court, name the county): Circuit Court of Tipton County
      3. Docket Number: 6603
      4. Name of judge to whom case was assigned: Walker
      5. Disposition (for example: Was the case dismissed? Was it appealed? Is it still pending?) Is Still Pending
      6. Approximate date of filing lawsuit: 10-22-13
      7. Approximate date of disposition: _____

Revised 4/18/08

II. Place of Present Confinement: Tipton County Sheriff Department Covington TN

A. Is there a prisoner grievance procedure in the institution?
Yes (●)  No ( )

B. Did you present the facts relating to your complaint in the state prisoner grievance procedure?
Yes (●)  No ( )

C. If your answer is Yes:
1. What steps did you take? I've wrote Trying to get legal paper address. Zip Codes. But they only write Back when they want to
2. What was the result? Sometimes I never get results or they Don't Send the grievance Back So I Have most of the ones I started making Copies

D. If your answer is No, explain why not: _____

III. Parties

(In item A below, place your name in the first blank and place your present address in the second blank. Do the same for additional plaintiffs, if any.)

A. Name of Plaintiff Tuwun Derrell Fleming
Address 8221 Hay Loft Dr Cordova TN 38016

(In item B below, place the full name of the defendant in the first blank, his official position in the second blank, and his and his place of employment in the third blank. Use Item C for the names, positions, and places of employment of an additional defendants.)

B. Defendant Walt Freeman, is employed as District Attorney at 1801 South College St Covington TN 38019

C. Additional Defendants: Randal Robbins, Chris Ellwood Atoka police Department County Clerk Mike Forbess

IV. Statement of Claim

State here as briefly as possible the facts of your case. Describe how each defendant is involved. Include also the names of other persons involved, dates, and places. Do not give any legal arguments or cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Use as much space as you need. Attach extra sheet if necessary.

Walt Freeman went to chris stanphill And his lawyer And told Him to Say He Bought Drugs from me Just to put me Away Easly Randal Robbins is filing false Charges Against me wrongful Imprisonment Chris Ellwood is Doing the Same thing putting fake Drug Charges on me false Imprisonment

Mike Forbess is The who use to Be A police who gave his police issued Gun to Some Boy many years ago And That's why he Blam me And I was A Kid I Have proof please Help

V. Relief

<u>State briefly exactly what you want the court to do for you.</u> Make no legal arguments. Cite no cases or statutes.

I Just want to Have A fair Court hearing Out of these people Hands In Be treated fairly So I will Have A fair And Just hearing And if I'm not the person Stop them from putting false charges On other people So that this will stop It not write I only got wind Because I Don't Do what they Are saying. Change of Venue maybe to 30th Judicial District And I've filed A motion to Suppress the evidence Sept 23, 2013   A motion to dismiss A void Indictment Sept 17 2013   A Habeas Corpus Aswell And still know word Back Oct 16 2013 Mr. Freeman told me they Concerning Them In Sept. But still No word Back And they get what should Be done to them for putting fake Charges On me And violating my Rights

VI. Jury Demand

I would like to have my case tried by a jury. Yes (X) No ( ).

I (We) hereby certify under penalty of perjury that the above complaint is true to the best of our information, knowledge, and belief.

Signed this 22 day of Oct, 20 13.

_____
_____
(Signature of Plaintiff/Plaintiffs)